UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO: 2:13-CV-1-BO

Cape Hatteras Access Preservation Alliance, )
          Plaintiff, )
           )
v.           )   **ORDER**
           )
Kenneth Lee Salazar, et al,      )
          Defendants. )

  Defendant United States of America has moved for a stay of briefing in the above-captioned case. In support of said Motion, Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." The Department does not know when funding will be restored by Congress.

  For the reasons stated above, it is hereby ORDERED that the Federal Defendants' Motion for a Stay of Summary Judgment Briefing be granted and an extension commensurate with the duration of the lapse in appropriations.

  This is the _6_ day of _October_, 2013.

              _/s/ Terrence Boyle_
              Honorable Terrence W. Boyle
              United States District Court Judge